UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:06-CR-80 |
| V. ) | (VARLAN/SHIRLEY) |
| ) | |
| ) | |
| KERRY TATE ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

An arraignment and detention hearing were held in this case on November 17, 2005. Michael Winck, Assistant United States Attorney, was present representing the government, and Ray Shirley was present representing the defendant. Before the detention hearing began, counsel for the defendant requested additional time to prepare for the hearing, and pursuant to 18 U.S.C. Section 3142, it is ordered that a detention hearing is scheduled for **Tuesday, November 21, 2006,** at **3:00 p.m.**, before the undersigned. The defendant shall be held in custody by the United States Marshal until that time and produced for the above scheduled hearing.

IT IS SO ORDERED.

ENTERED:


　　　　　　　　　　　　　　　  s/ C. Clifford Shirley, Jr.
　　　　　　　　　　　　　　　United States Magistrate Judge