UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:06-CR-80 |
| | ) | (VARLAN/SHIRLEY) |
| KERRY TATE, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on Defendant's Motion to Suppress [Doc. 16]. The government has filed no response to said motion.

On January 3, 2007, the Defendant entered a plea agreement [Doc. 18] as to all charges in the indictment in this matter. Accordingly, Defendant Tate's Motion to Suppress [Doc. 16] is **DENIED AS MOOT**, and the pretrial conference scheduled for January 5, 2007, will be removed from the calendar.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge